Cite as 2025 Ark. 69

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE DISTRICT COURT RESOURCE ASSESSMENT BOARD | **Opinion Delivered:** May 8, 2025 |

## PER CURIAM

The Honorable Karen R. Baker, Chief Justice of the Supreme Court of Arkansas, is appointed to the District Court Resource Assessment Board for a four-year term expiring on April 30, 2029. The Court thanks Chief Justice Baker for her willingness to serve.

The Court extends its gratitude to the Honorable Shawn A. Womack, Justice of the Arkansas Supreme Court, whose term has expired, for his years of service and leadership to the board.